AO 91 (Rev. 02/09) Criminal Complaint

AUSA Abraham
Special Agent Douglas Smith, FBI

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America,

    *Plaintiff,*

v.

MATTHEW JORDAN

    *Defendant.*

Case: 1:10-mj-30494
Assigned To : Binder, Charles E
Assign. Date : 11/18/2010
Description: CMP USA v MATTHEW JORDAN (TH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date of June 7, 2008, in the county of Saginaw in the Eastern District of Michigan, the defendant violated 18 U.S.C. § 2251, an offense (or offenses) described as follows:

On June 7, 2008, in the Eastern District of Michigan, MATTHEW JORDON did use a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, the production of which involved the use of materials that had been mailed, shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 2251(a).

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

*Complainant's signature*

DOUGLAS L. SMITH, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/18/2010

*Judicial Officer signature*

City and state: Flint, Michigan

MICHAEL HLUCHANIUK, Magistrate Judge
*Printed name and title*

Submit by Email    Print Form

AFFIDAVIT IN SUPPORT OF COMPLAINT
*UNITED STATES v. MATTHEW JORDAN*

1. I, Douglas L. Smith, am a Special Agent with the Federal Bureau of Investigation ("FBI"), assigned to the Detroit Division, Bay City Resident Agency. I have been employed as a Special Agent since August 2009. As part of my daily duties as an FBI agent, I investigate criminal violations relating to, among other matters, child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252 and 2252A, and other violations of federal law pertaining to the sexual exploitation of children. As part of my employment I have investigated several child pornography matters and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.

2. On November 15, 2010 a search warrant was executed at 4411 Seidel, Saginaw Township, Michigan. The owner of the residence is Matthew Jordan. He was the sole occupant of the residence during the execution of the warrant. The warrant authorized the search and seizure of among other things, computers and computer related equipment, cameras and other recording devices.

3. On November 15, 2010, Matthew Jordan executed a written waiver of his Miranda rights and agreed to be interviewed at the Saginaw Township Police Department. Jordan indicated that he had been possessing and downloading child pornography from the internet since approximately 1994. He also admitted photographing and video tapping his fondling and molestation a 12 year old boy.

4. I have viewed some of the digital media stored on a computer hard drive seized from Jordan's residence and determined that the hard drive contains images of child pornography as defined in Title 18, United States Code, Section 2256. Included on the hard drive were at least 5 videos of the 12-year-old boy Jordan admitted to molesting and photographing. The videos include pictures of the boys genital area and a video of an adult male hand fondling a young boys penis.

5. TFO Robert Querback has advised that he did a preliminary review of a portion of the media seized from Jordan's residence. He has advised me that there are several videos containing sexually explicit material involving the same 12 year old boy. In several of the videos the minor is called by name. The content of the videos include naked images and then in the same a close-up focused pictures of the buttocks and genital area of the minor. Some videos included instructions by the photographer as to how the boy should move before the camera.

6. I participated in the execution of the warrant at Jordan's residence. The videos I have reviewed appear to have been taken in the basement area of the residence.

7. TFO Querback is a trained computer forensic investigator and he advised me that the creation date on the video of depicting an adult hand fondling the genitals of a young boy was created on June 7, 2008. TFO Querback advised further that the metadata for this video file indicates

that it was created using a Sony camera. TFO Querback advised that Sony cameras are manufactured outside the State of Michigan. A Sony video camera was seized from Jordan's residence during the execution of the search warrant on November 15, 2010.

8. Matthew Jordan was convicted in 1987 of assault with intent to commit rape in the Circuit Court of Montgomery County, Tennessee. Based on information obtained during the investigation it was determined that the victim of this offense was a minor boy who had been adopted by Matthew Jordan.

_____
DOUGLAS L. SMITH, Special Agent
Federal Bureau of Investigation


Sworn to before me and subscribed in my presence,

_____11/18/2010_____                              at Flint, Michigan
Date                                              City and State

MICHAEL J. HLUCHANIUK                             _____
United States Magistrate Judge
Name & Title of Judicial Officer                  Signature of Judicial Officer