**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

UNITED STATES OF AMERICA

vs.

MATTHEW ALLEN JORDAN

_____/

CASE NO: 11-20141

DISTRICT JUDGE THOMAS L. LUDINGTON
MAGISTRATE JUDGE CHARLES E. BINDER

**ORDER APPOINTING COUNSEL, SETTING ARRAIGNMENT,**
**AND DETERMINING EXCLUDABLE DELAY**

The Court having granted attorney Grossmann's motion to withdraw as counsel for this Defendant, **IT IS ORDERED** that attorney Amy Grace Gierhart is hereby appointed as counsel of record.

The Court takes notice that at the time the Information was filed, there was a pending criminal complaint in this matter. As such, the "Speedy Trial Clock" began to run on the date the Information was filed, namely March 15, 2011. However, due to the serious medical problems of previous counsel, an arraignment could not be scheduled in a timely manner. While the Court wishes to move this case as quickly as possible, newly appointed counsel must be afforded a reasonable period of time to receive the file from previous counsel, meet with her new client, and prepare to proceed in this matter. Accordingly, **IT IS ORDERED** that the time period from March 15, 2011, through and including May 12, 2011, is hereby deemed an "ends-of-justice" excludable delay for purposes of the Speedy Trial Act in computing the time limits under § 3161(g), pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

**IT IS FURTHER ORDERED** that the arraignment of this Defendant is scheduled for **Thursday, May 12, 2011, at 2:30 p.m.** Mr. Grossman is directed to forward any documents in his possession pertaining to this case to the newly appointed counsel.

Review of this Order is governed by 28 U.S.C. § 636(b)(1)(A) and E.D. Mich.  LR 72.1(d)(1).  Pursuant to Local Rule 72.1(d)(2), a copy of any objections is to be served upon this Magistrate Judge.

Dated: April 11, 2011

s/ Charles E Binder
CHARLES E. BINDER
United States Magistrate Judge

## CERTIFICATION

I hereby certify that this Order was electronically filed this date, electronically served on Nancy Abraham, Charles Grossmann, and Amy Grace Gierhart, and served on Pretrial Services and the U.S. Marshal's office in Bay City by other electronic means.

Date: April 11, 2011           By     s/Jean L. Broucek
                               Case Manager to Magistrate Judge Binder